1 **CARMEN A. TRUTANICH**, City Attorney SBN 86629x
**GARY G. GEUSS**, Chief Assistant City Attorney
2 **CORY M. BRENTE,** Supervising Assistant City Attorney
**DENISE C. MILLS,** Deputy City Attorney - (SBN191992)
3 200 North Main Street
6th Floor, City Hall East                                          **MADE JS-6**
4 Los Angeles, CA  90012
Email: denise.mills@lacity.org
5 Phone No.: (213) 978-7032, Fax No.: (213) 978-8785

6 *Attorneys for Defendants*  **CITY OF LOS ANGELES**, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE "LUPE" MARTINEZ; et al, | CASE NO.: CV 10-8517-GW(PLAx) |
| *Plaintiffs,* | **Assigned to Honorable George H. Wu**<br>**Courtroom: 10** |
| vs. | **ORDER RE: STIPULATION TO DISMISS THE ENTIRE ACTION PURSUANT TO F.R.C.P. §41(a)(1)(A)(ii)** |
| CITY OF LOS ANGELES, et al., | |
| *Defendants* | |

Having reviewed the stipulation and agreement by and between Plaintiffs GUADALUPE "LUPE" MARTINEZ, HUMBERTO RODRIQUEZ, JR., ALBERT LOPEZ, ADOLFO GALAVIZ, JOEL EDWARD WORLEY, JAMES WALTER "CJ" HENDERSON, LUIS ANTONIO LOPEZ, WAYNE ALLAN HENNEFER, MICHAEL V. COLEMAN, and  GEORGE LOUIS MARSHALL and Defendants CITY OF LOS ANGELES, PETER ACOSTA, DEXTER BARRAS, DARYL BLACKHALL, RANDY BLANDFORD, DAVID BUNCH, RODGINALD CAYETTE, ERIC HERRERA, ROBERTO MARTINEZ, DEREK MOUSSEAU, VICTOR RENZELMAN, STACEY SIMMONS, ANTHONY SMITH, BRYAN SUDBERY, VAN THOMPSON,  RYAN VERNA, KONRAD VOLLMER, and JUAN ZELAYA, by and through their undersigned

1 counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this Court
2 orders as follows:
3     THIS MATTER IS DISMISSED WITH PREJUDICE AS TO ALL
4 DEFENDANTS, each party to bear its own attorney fees and costs.
5     Inasmuch as all claims against all parties have now been dismissed, the matter is
6 hereby closed.

9 DATED: October 17, 2011      _____
10     **HONORABLE GEORGE H. WU**
11     **United States District Court Judge**